**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 28, 2015

Hon. Giselle Horton
Assistant Travis County Attorney
PO Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

Hon. Ariel Payan
The Law Offices of Ariel Payan
1012 Rio Grande
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. David A. Escamilla
County Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00090-CR
Tr.Ct.No. C1CR-11-221292
Style:    Jason Harding v. The State of Texas


        The above-referenced cause has been set for submission without oral argument on Thursday, June 18, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gina M. Benavides and Justice Gregory T. Perkes.

                    Very truly yours,

                    Dorian E. Ramirez, Clerk

DER:ch